IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DAVID HICKS and KAREN HICKS | § | |
|     Plaintiffs, | § | Case No. 4:07cv00877 JMM |
| vs. | § | |
| | § | |
| UNION PACIFIC RAILROAD COMPANY | § | |
|     Defendant. | § | |

## ORDER ADMITTING COUNSEL *PRO HAC VICE*

This action coming before the Court on Plaintiff's Motion for Admission *Pro Hac Vice* regarding Plaintiff's counsel Gary F. Easom, and the Court being otherwise sufficiently advise, IT IS HEREBY ORDERED that the Plaintiff's Motion is GRANTED. Gary F. Easom is granted permission to appear in this court for this cause only.

Entered this  27   day of November, 2007.


_____
U.S. DISTRICT JUDGE