IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID HICKS AND KAREN HICKS**                                                          **PLAINTIFF**

**V.**                                      **4:07CV00877 JMM**

**UNION PACIFIC RAILROAD COMPANY**                                          **DEFENDANT**

**ORDER GRANTING MOTION TO COMPEL**

Pending is Defendant's Motion to Compel Plaintiffs to provide certain tax returns and W-2s and to execute certain authorizations. Plaintiffs have not responded to the motion. For good cause shown, the Court finds that Defendant's Motion to Compel (Docket # 12) should be GRANTED. Plaintiffs are directed to provide the requested tax returns and W-2s and to execute the requested authorizations so that the Defendants can obtain Plaintiff's medical records, academic records, workers' compensation records, tax records, employment records, and Railroad Retirement Board records within ten (10) days from the date of this Order.

IT IS SO ORDERED this 24th day of March 2008.

James M. Moody
United States District Judge