IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID HICKS and KAREN HICKS**                                        **PLAINTIFFS**

**V.**                                    **4:07CV00877 JMM**

**UNION PACIFIC RAILROAD CO.**                                        **DEFENDANT**

## ORDER

Pending is the Plaintiffs' Motion to Compel. Plaintiffs have advised the Court that this motion (Docket # 18) is now MOOT. Plaintiffs' Motion to Withdraw (Docket # 20) is GRANTED.

IT IS SO ORDERED this 20th day of May 2008.

_____
James M. Moody
United States District Judge